NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE GERALD M. BENSON AND KENNETH L. SMITH**

---

2012-1663
(Serial No. 09/515,978)

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---------------------------------------------------

**IN RE GERALD M. BENSON AND KENNETH L. SMITH**

---

2012-1664
(Serial No. 11/061,327)

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

# ORDER

IN RE GERALD BENSON                                         2

Upon consideration of correspondence from David J. Kappos, Director of the United States Patent and Trademark Office regarding the case caption,

IT IS ORDERED THAT:

The revised official caption is reflected above.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s26